**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CAROLYN BUEHLER,

Plaintiff,

vs.  CASE NO: 8:2016-cv-02628

SYNCHRONY BANK and
NATIONWIDE CREDIT, INC.

Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT**
**AS TO SYNCHRONY BANK**

Plaintiff, Carolyn Buehler, by and through undersigned counsel, hereby files this Notice of Pending Settlement as to Synchrony Bank. By submission of this Notice, submitting counsel represents that this matter has been settled in principle subject to final documentation.

Dated: January 5, 2017

Respectfully submitted,

*/s/ Michael D. Finn*
Michael D. Finn, Esq.
Fla Bar No. 0089029
J. Andrew Meyer, Esq.
Fla Bar No. 0056766
**Finn Law Group, P.A.**
7431 114th Ave., Suite 104
Largo, Florida 33773
T: (727) 214-0700
F: (727) 475-1494
michaeldfinn@finnlawgroup.com
pleadings@finnlawgroup.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of January 2016, a copy of the foregoing NOTICE OF PENDING SETTLEMENT AS TO SYNCHRONY BANK was served via CM/ECF upon all attorneys of record.

*/s/ J. Andrew Meyer*