## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CAROLYN BUEHLER,

           Plaintiff,

vs.                                CASE NO: 8:2016-cv-02628

SYNCHRONY BANK,

           Defendant.

_____/

### JOINT STIPULATION OF DISMISSAL OF DEFENDANT SYNCHRONY BANK

Pursuant to Rule 41(a)(1)(A)(ii), Fed.R.Civ.P., Plaintiff, Carolyn Buehler, and Defendant, Synchrony Bank ("the Parties"), by and through their undersigned attorneys, hereby file this Stipulation of Voluntary Dismissal of the above-captioned action, with prejudice, and by agreement of the parties each side will bear its own respective attorneys' fees and costs.

Respectfully submitted March 28, 2017.

By: */s/ James R. Lieber,*
Marc T. Parrino, Esq.
Fla. Bar No. 0018197
James R. Liebler, II, Esq.
Fla. Bar No. 115348
**Liebler, Gonzalez & Portuondo**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Phone: (305) 379-0400
Fax: (305) 379-9626
MTP@lgplaw.com
JRLII@lgplaw.com
*Attorneys for Defendant Synchrony Bank*

By:  */s/ J. Andrew Meyer*
J. Andrew Meyer, Esq.
Fla. Bar No. 0056766
Michael D Finn, Esq.
Fla. Bar No. 0089029
**Finn Law Group, P.A.**
7431 114th Ave., Suite 104
Largo, FL 33773
Phone: (727) 214-0700
Fax: (727) 475-1494
michaeldfinn@finnlawgroup.com
pleadings@finnlawgroup.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 28, 2017, the foregoing was submitted for the Clerk of the

District Court by using the Case Management/Electronic Case Filing ("CM/ECF"), which will

send a Notice of Electronic Filing to the following CM/ECF participants:

Marc T. Parrino, Esq.
James R. Liebler, II, Esq.
**Liebler, Gonzalez & Portuondo**
Courthouse Tower – 25th Floor
44 West Flagler Street
Miami, FL 33130
Phone: (305) 379-0400
Fax: (305) 379-9626
MTP@lgplaw.com
JRLII@lgplaw.com
*Attorneys for Defendant Synchrony Bank*

   */s/ J. Andrew Meyer*
J. Andrew Meyer, Esq.
Fla. Bar No. 0056766
Michael D Finn, Esq.
Fla. Bar No. 0089029
**Finn Law Group, P.A.**
7431 114th Ave., Suite 104
Largo, FL 33773
Phone: (727) 214-0700
Fax: (727) 475-1494
Primary e-mail: michaeldfinn@finnlawgroup.com
Secondary e-mail: pleadings@finnlawgroup.com
*Attorneys for Plaintiff*